Civil Action No. 3:18-cv-00110-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charles H Kable et al. served on U.S. Attorney General
was received by me on *(date)* 02/12/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified mail, return receipt requested; restricted delivery: 950 Pennsylvania Ave NW, Washington DC, 20530-0001

My fees are $ 11.44 for travel and $ _____ for services, for a total of $ 11.44 .

I declare under penalty of perjury that this information is true.

Date: 02/22/2018

*Ahmed M. Mohamed*
Server's signature

Ahmed M. Mohamed, Trial Attorney
Printed name and title

453 New Jersey Ave SE, Washington DC 20003
Server's address

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (*Printed Name*): FFP

C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☒ Yes

2. Article Number (Transfer from service label): 7017 0190 0000 2552 8665

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154



U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$ 11.44

Sent To _Office of AG Dallas_
Street and Apt. No., or PO Box No. _950 Pennsylvania Ave NW_
City, State, ZIP+4® _Washington DC 20530-0001_

Civil Action No. 3:18-cv-00110-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charles H Kable

was received by me on *(date)* 02/12/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified mail, return receipt requested; restricted delivery: 935 Pennsylvania Ave NW, Washington DC 20535

My fees are $ 11.44 for travel and $ _____ for services, for a total of $ 11.44 .

I declare under penalty of perjury that this information is true.

Date: 02/22/2018

*Ahmed M. Mohamed*
Server's signature

Ahmed M. Mohamed, Trial Attorney
Printed name and title

453 New Jersey Ave SE Ave, Washington DC, 20003
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____     Postmark
☐ Certified Mail Restricted Delivery $ _____    Here
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$ 11.44

Sent To  Charles H. Kable, IV  Dallas
Street and Apt. No., or PO Box No.
935 Pennsylvania Ave NW
City, State, ZIP+4®
Washington DC 20535

7017 0190 0000 2552 8648

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70170190000025528658

**Expected Delivery on**

# MONDAY
# 12 FEBRUARY 2018 ⓘ
by
**8:00pm** ⓘ

## ✓ Delivered

February 12, 2018 at 4:26 am
Delivered
WASHINGTON, DC 20535

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?
How can I help you?
Go to our FAQs section to find answers to your tracking questions.

Civil Action No. 3:18-cv-00110-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Christopher Wray

was received by me on *(date)*  02/12/2018  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail, return receipt requested; restricted delivery: 935 Pennsylvania Ave NW, Washington DC, 20535-0001

My fees are $ 11.44 for travel and $ _____ for services, for a total of $ 11.44 .

I declare under penalty of perjury that this information is true.

Date: 02/22/2018

*Ahmed M. Mohamed*
Server's signature

Ahmed M. Mohamed, Trial Attorney
Printed name and title

453 New Jersey Ave SE, Washington DC, 20003
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *A. Littma* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *John Turner/An*  C. Date of Delivery 2-12-1<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: Christopher Wray<br>Director of the FBI<br>935 Pennsylvania Ave, NW<br>Washington DC 20535-0001 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label) | 7017 0190 0000 2552 8634 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ 11.44
Total Postage and Fees
$ 11.44

Sent To Christopher Wray Dallas
Street and Apt. No., or PO Box No. 935 Pen ave NW
City, State, ZIP+4 Washington DC 60535-0001

7017 0190 0000 2552 4844

Civil Action No. 3:18-cv-00110-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David P. Pekoske
was received by me on *(date)* 02/12/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail, return receipt requested; restricted delivery: 601 12th St. S, Arlington VA, 20598

My fees are $ 11.44 for travel and $ _____ for services, for a total of $ 11.44 .

I declare under penalty of perjury that this information is true.

Date: 02/22/2018

*Ahmed M. Mohamed*
Server's signature

Ahmed M. Mohamed, Trial Attorney
Printed name and title

453 New Jersey Ave SE, Washington DC, 20003
Server's address

Additional information regarding attempted service, etc:

Print  Save As...  Reset



U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$ 11.44

Postmark
Here
✓

Sent To David P. Pekoske DHLAS
Street and Apt. No., or PO Box No. 601 12th St. S
City, State, ZIP+4® Arlington, VA 20598

7017 0190 0000 2552 4848

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70170190000025528641

Remove ×

Your item has been delivered to the mail room at 6:13 am on February 12, 2018 in DHS, VA 20598.

## ✓ Delivered

February 12, 2018 at 6:13 am
Delivered, To Mail Room
DHS, VA 20598

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

How can I help you?

Civil Action No. 3:18-cv-00110-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Deborah Moore
was received by me on *(date)* 02/12/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail, return receipt requested; restricted delivery: 601 12th St. S, Arlington VA, 20598

My fees are $ 11.44 for travel and $ _____ for services, for a total of $ 11.44 .

I declare under penalty of perjury that this information is true.

Date: 02/22/2018

*Ahmed M. Mohamed*
Server's signature

Ahmed M. Mohamed, Trial Attorney
Printed name and title

453 New Jersey Ave SE, Washington DC, 20003
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)     $ _____         Postmark
☐ Certified Mail Restricted Delivery  $ _____      Here
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$ 11.44

Sent To Deborah Moore Dallas
Street and Apt. No., or PO Box No. 601 17th St. S
City, State, ZIP+4® Arlington VA 20598

7017 0190 0000 2552 4843

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70170190000025528672                                    Remove ✕

Your item has been delivered to the mail room at 6:13 am on February 12, 2018 in DHS, VA 20598.

## ✓ Delivered

February 12, 2018 at 6:13 am
Delivered, To Mail Room
DHS, VA 20598

Get Updates ∨

---

Text & Email Updates                                                          ∨

---

Tracking History                                                              ∨

---

Product Information                                                           ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)
How can I help you?

Civil Action No. 3:18-cv-00110-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Charles H Kable et al. served on U.S. Attorney

was received by me on *(date)*  02/12/2018  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  Certified mail, return receipt requested; restricted delivery: 1100 Commerce Street, Third Floor, Dallas TX, 75242

My fees are $  11.44  for travel and $ _____ for services, for a total of $  11.44  .

I declare under penalty of perjury that this information is true.

Date:  02/22/2018

*Ahmed M. Mohamed*
Server's signature

Ahmed M. Mohamed, Trial Attorney
Printed name and title

453 New Jersey Ave SE, Washington DC, 20003
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: United States Attorney, 1100 Commerce Street, Third Floor, Dallas, Texas 75242-1699

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): A. Nowlin
C. Date of Delivery: 02/12/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number (Transfer from service label): 7017 0190 0000 2552 8610

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

